# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161477 & (87)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAYMOND R. SMITH,
        Plaintiff-Appellee,
and

CITIZENS INSURANCE COMPANY OF
AMERICA,
        Intervening Plaintiff,

v

        SC: 161477
        COA: 339705
        MCAC: 14-000003

CHRYSLER GROUP, LLC,
        Defendant-Appellant.
_____/

      On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motion of amicus curiae The County Road Association Self-Insurance Fund to deny the parties' stipulation to dismiss is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020



Clerk